IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL  NO. H-11-423 |
| | § § § | |
| JOSE CARMEN SILVA GOMEZ | § | |

**O R D E R**

The court held a pretrial conference in this case on August 1, 2011. Counsel for the defendant orally moved for a continuance  The court finds that the interests of justice are served by granting  this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 29, 2011 |
| Responses are to be filed by: | September 12, 2011 |
| Pretrial conference is reset to**:** | **September 19, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 26, 2011 at 9:00 a.m.** |

SIGNED on August 1, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge